UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE:<br><br>    JAMES ANTHONY RALSTON<br>    TAMARA ANN RALSTON<br><br>                              Debtors | CASE NO: 06-30868<br><br>            (Chapter 13)<br><br>JUDGE LAWRENCE S. WALTER |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **3995687**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 3/ 14 | CAPITAL ONE<br>% TSYS DEBT MANAGEMENT<br>BOX 5155<br>NORCROSS, GA  30091 | 155.70 |
| 4/ 15 | CAPITAL ONE<br>% TSYS DEBT MANAGEMENT<br>BOX 5155<br>NORCROSS, GA  30091 | 133.83 |
| 6/ 49 | LAB ONE OF OHIO<br>BOX 695018<br>CINCINNATI, OH  45269 | 35.31 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 1/26/2010

Certificate of Service 06-30868

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

JAMES ANTHONY RALSTON
TAMARA ANN RALSTON
237 WOOD FORGE CIRCLE
LEBANON, OH  45036

L JOSHUA DAVIDSON
8035 HOSBROOK ROAD
SUITE 200
CINCINNATI, OH  45236

(14.1)
CAPITAL ONE
% TSYS DEBT MANAGEMENT
BOX 5155
NORCROSS, GA  30091

(48.1n)
FORD MOTOR CREDIT CO
BOX 537901
LIVONIA, MI  48153

(55.1n)
HSBC MORTGAGE SERVICES
BOX 21188
EAGAN, MN  55121

(49.1)
LAB ONE OF OHIO
BOX 695018
CINCINNATI, OH  45269

(59.1n)
MICHAEL R PROCTOR
LERNER SAMPSON & ROTHFUSS
BOX 5480
CINCINNATI, OH  45201

(56.1n)
OPTION ONE MTG CORP
1270 NORTHLAND DR
STE 200
MENDOTA HEIGHTS, MN  55120

Jeffrey M. Kellner BY        /s/ Jeffrey M. Kellner                         cs

0630868_42_20100126_0739_278/T317_cs
###